UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

KYVON DE'ANDRE WELLS,

          Plaintiff,

v.

DALE BONN et al.,

          Defendants.

_____/

Case No. 1:25-cv-948

Honorable Ray Kent

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for

failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   May 7, 2026

/s/ Ray Kent
Ray Kent
United States Magistrate Judge